**STATE of Missouri, Respondent,**

v.

**Willis JONES, Jr., Appellant.**

**No. WD 68564.**

Missouri Court of Appeals, Western District.

Feb. 17, 2009.

George A. Wheeler, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cory L. Atkins, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

---

Before THOMAS H. NEWTON, C.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

Willis Jones, Jr. appeals the circuit court's judgment convicting him of two counts of deviate sexual assault and one count of invasion of privacy in the second degree. We affirm. Rule 30.25(b).